474 A.2d 640

Commonwealth v. Clark, Appellant.
Petition for Allowance of Appeal
Denied Sept. 6, 1984.

Submitted October 14, 1983. Richard S. Levine, Assistant Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.

474 A.2d 640

Commonwealth v. Copney, Appellant.

Submitted October 14, 1983. John A. Halley, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order reversed and case remanded for proceeding consistent with this opinion.

This court does not retain jurisdiction.